UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

    Plaintiff,

v.

YOLO COUNTY SUPERIOR COURT,

    Defendant.

Case No. 16-cv-06851-JCS (PR)

**ORDER OF TRANSFER**

Plaintiff's claims arise from events occurring at the Yolo County Superior Court, which lies in the Eastern District of California. Accordingly, this federal civil rights action is hereby TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** December 1, 2016

                                              JOSEPH C. SPERO
                                              United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SOTO,<br><br>    Plaintiff,<br><br>    v.<br><br>YOLO COUNTY SUPERIOR COURT,<br><br>    Defendant. | Case No.  16-cv-06851-JCS<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on December 1, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Soto ID: G49875
Kern Valley State Prison
P.O. Box 5103
Delano, CA 93216

Dated: December 1, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO